IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER 2.0, INC., a California corporation, d/b/a Rently<br><br>Plaintiff<br><br>vs.<br><br>OAK SECURITY GROUP, LLC, an Indiana limited liability corporation; and DOES 1-10, inclusive,<br><br>Defendants | Case No. 2:21-CV-00370-CBM-MRWx<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE [JS-6]** |

Pursuant to the Stipulated Dismissal with Prejudice filed with this Court on August 6, 2021, it is hereby ordered that this action is dismissed in its entirety, including all claims, counterclaims, and defenses asserted therein.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
Consuelo B. Marshall
United States District Judge

1
**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**